IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARVIN K. SARVIS,

      Appellant,

v.

      Case No.  5D22-1178
      LT Case No. 2017-CF-1038-A-Z

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Marvin K. Sarvis, Live Oak, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EISNAUGLE, HARRIS and MACIVER, JJ., concur.